# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JESUS RAY BROADIE, a/k/a**
**Jessie Ray Broadie,**
        **Plaintiff,**

    v.                                    Case No. 07-C-0742

**DON STROHOTA, BRUCE A. SIEDSCHLAG,**
**MICHAEL THURMER, LT. BRENNER,**
**BELINDA SCHRUBBE, ANGELIA KROLL,**
**LT. SMITH, MICHAEL BERSZACK,**
**WARDEN MICHAEL MEISNER**
**and SANDRA HAUTAMAKI,**
        **Defendants.**

## ORDER

Plaintiff, Jesus Ray Broadie, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. I am required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). On February 13, 2008, I ordered plaintiff to file an amended complaint. Review of the docket in this case reveals that plaintiff has since filed four documents labeled "complaint" or "amended complaint," three affidavits and several statements of facts. Based on this, it is unclear which documents comprise the complaint for purposes of § 1915A(a).

Plaintiff is directed to file <u>one</u> <u>document</u> labeled "amended complaint" within thirty days of the date of this order. In the amended complaint, plaintiff need only provide a "short and plain statement" showing that he is entitled to relief. <u>See</u> Fed. R. Civ. P. 8(a). The amended complaint should be marked with the name and number of <u>this</u> <u>action</u> <u>only</u>.

Failure to file an amended complaint on or before **May 21, 2008**, may result in dismissal of this action for failure to prosecute. See Civil L.R. 41.3 (E.D. Wis.). Once received, the amended complaint will be screened under § 1915A(a) to determine whether it states any claims for relief.

Because an amended complaint supercedes a prior complaint, plaintiff's amended complaint should incorporate all claims he wishes to pursue. See Duda v. Board of Ed. Of Franklin Park Public School District No. 84, 133 F.3d 1054, 1056 (7th Cir. 1998); see also Civil L.R. 15.1(a) (E.D. Wis.) Any matters not set forth in the amended complaint will be, in effect, withdrawn. Id.

**For the foregoing reasons,**

**IT IS ORDERED** that plaintiff shall file an amended complaint on or before **May 21, 2008.**

Dated at Milwaukee, Wisconsin, this 21day of April, 2008.

/s
LYNN ADELMAN
District Judge

2

Case 2:07-cv-00742-LA   Filed 04/21/08   Page 2 of 2   Document 34